| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Richard A. Brownstein, Esq. (SBN 70297)<br>GREENBERG & BASS, LLP<br>16000 Ventura Boulevard, Suite 1000<br>Encino, California 91436<br>(818)382-6200<br>(818)986-6534<br>rbrownstein@greenbass.com<br><br>☐ *Individual appearing without an attorney*<br>☒ *Attorney for:* Spencer Cooper party in interest | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA** - LOS ANGELES DIVISION

| In re: COOPER, TAMI G. | CASE NO.: 2:15-bk-16470-WB |
|---|---|
| | CHAPTER: 13 |
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>MOTION TO DISMISS AND DECLARATIONS OF RICHARD A. BROWNSTEIN AND SPENCER COOPER IN SUPPORT [11 USC §1307] |
| Debtor(s) | |

PLEASE TAKE NOTE that the order titled PROPOSED] ORDER OF DISMISSAL OF CHAPTER 13 BANKRUPTCY FOR CAUSE PURSUANT TO 11 USC §1307

was lodged on (*date*) 11/19/2015    and is attached.  This order relates to the motion which is docket number 23.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012 — Page 1 — F 9021-1.2.BK.NOTICE.LODGMENT
F902112B

RICHARD A. BROWNSTEIN (State Bar No. 70297)
RBrownstein@Greenbass.com
GREENBERG & BASS LLP
16000 Ventura Boulevard, Suite 1000
Encino, California 91436
Tel: (818) 382-6200 • Fax: (818) 986-6534

Attorney for: Spencer Cooper party in interest.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>COOPER, TAMI G.<br><br>Debtor. | Case No.: 2:15-bk-16470-WB<br><br>(Chapter 13)<br><br>**[PROPOSED] ORDER OF DISMISSAL OF CHAPTER 13 BANKRUPTCY FOR CAUSE PURSUANT TO 11 USC §1307**<br><br>**Hearing Date:**<br>Date:    November 18, 2015<br>Time:   1:30 p.m.<br>Place:   Ctrm: 1375<br>            255 E. Temple Street<br>            Los Angeles, CA 90012 |

On November 18, 2015, the Honorable Julia W. Brand, United States Bankruptcy Judge, held a hearing on the Motion to Dismiss Chapter 13 Bankruptcy case, filed by Spencer Cooper, the estranged spouse of the debtor. Appearances at the hearing were waived.

The Court, having considered the Motion, the Declarations, the Request for Judicial Notice and the Errata re Request for Judicial Notice, filed in support of the Motion, finding that no opposition to the Motion was filed, and based upon the record and good cause appearing:

**WHEREFORE THIS COURT FINDS:**

1.    This bankruptcy case is the debtor's third filing in three years. One of the debtor's prior cases was dismissed less than one year after filing for failure to make plan payments, while the other was converted to a case under Chapter 7 and ultimately closed without a discharge.

1

1240806.1 -- 31948.0001

2. At a plan confirmation hearing held in this case on September 23, 2015, the Chapter 13 trustee raised several objections to the debtor's plan.

3. The debtor still has not addressed the trustee's objections or filed an amended Chapter 13 plan.

4. Movant has established by competent evidence that the debtor filed this bankruptcy case and her proposed Chapter 13 plan in bad faith.

5. The only piece of real property listed in the debtor's schedules is subject to two state court orders, which both require that the property be sold.

6. Based on the debtor's history of bankruptcy case filings and dismissals, and based on the debtor's failure to properly amend her Chapter 13 plan and move forward with this bankruptcy case, this Court finds that the debtor filed this Chapter 13 case solely to prevent the sale of her real property.

7. Thus, cause exists to dismiss the debtor's bankruptcy case under Section 1307(c).

**IT IS HEREBY ORDERED** as follows:

1. The Motion it granted.

2. The Chapter 13 bankruptcy case is dismissed for cause.

###

1240806.1 -- 31948.0001

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

16000 Ventura Blvd., Ste. 1000, Encino, CA 91436

A true and correct copy of the foregoing document entitled (specify): **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE;** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 19, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Richard A Brownstein    rbrownstein@greenbass.com, mmonet@greenbass.com
- Nancy K Curry (TR)    ecfnc@trustee13.com
- Christopher Darden    Christopher.Darden@wellsfargo.com
- Joseph C Delmotte    ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
- Lee M Linson    linsonlawyer@gmail.com, mcmklaw@gmail.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) November 19, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) November 19, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Julia W. Brand
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1382 / Courtroom 1375
Los Angeles, CA 90012
*Via Personal Delivery/Attorney Service*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 19, 2015 | Madlen Monet | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

1948.0001

## SERVICE LIST

**All Served Via U.S. Mail Unless Otherwise Indicated**

Pite Duncan LLP
4375 Jutland Drive, Ste 200
San Diego, CA 92117-3600

US Bank National Association, as Trustee for
Aldridge Pite, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-7921

WELLS FARGO HOME MORTGAGE
MAC X7801-014
3476 Stateview Blvd.
Fort Mill, SC 29715-7203

Los Angeles Division
255 East Temple Street
Los Angeles, CA 90012-3332

American Express
P.O. Box 3852
Phoenix, AZ 85030-3852

American Express Bank, FSB
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

BANK OF AMERICA
PO BOX 45224
JACKSONVILLE, FL 32232-5224

Back Bowl I LLC, Series C
C/O WEINSTEIN & RILEY, PS
2001 Western Avenue, Ste 400
Seattle, WA 98121-3132

Bank of America
P.O. Box 15220
Wilmington, DE 19886-5220

Bank of America, N.A.
Attn: Bankruptcy Department
Mail Stop: CA6-919-01-23
400 National Way
Simi Valley, CA 93065-6414

Bloomingdales
P.O. Box 183083
Columbus, OH 43218-3083

Capital One
P.O. Box 60599
Citi of Industry
undeliverable

Chase
P.O. Box 15298
Wilmington, DE 19850-5298

Citi Advantage
P.O. Box 6500
Sioux Falls, SD 57117-6500

Coldwell Bank
27271 Las Ramblas # 250
Mission Viejo, CA 92691-6392

Crystal Clear Pool & Spa
12030 Alberta Dr.
Culver City, CA 90230-5902

JPMorgan Chase
c/o Real Time Resolutions, Inc.
1349 Empire Central Drive, Suite #1
Dallas, Texas 75247-4029

Kaiser Permanente
P.O. Box 7141
Pasadena, CA 91109-7141

LA County TAX Collector
P.O. Box 54088
Los Angeles, CA 90054-0088

Laura Sable
DBA Cystal Clear Pool & Spa
12030 Alberta Drive
Culver City CA 90230-5902

Law Office of Ronalda Litz
9255 Sunset Blvd, Ste 920
Los Angeles, CA 90069-3306

Quantum3 Group LLC as agent for MOMA
Funding LLC
PO Box 788
Kirkland, WA 98083-0788

SOCA Orthopedic Inst
6815 Noble Ave.
Van Nuys, CA 91405-3796

Saks Fifth Avenue
P.O. Box 49353
San Jose, CA 95161-9353

The Home Depot
P.O. Box 653000
Dallas, TX 75265-3000

US Bank National Association
Wells Fargo Bank, N.A.
Attention: Bankruptcy Department
MAC# D3347-014
3476 Stateview Blvd.
Fort Mill, SC 29715

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
1948.0001

F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Tami G Cooper<br>1917 Benedict Canyon Drive<br>Beverly Hills, CA 90210-1401 | Victoria Secret<br>P.O. Box 659728<br>San Antonio, TX 78265-9728 | WELLS FARGO HOME MORTGAGE INC<br>1 HOME CAMPUS<br>DES MOINES, IA  50328-0001 |
| Wells Fargo<br>P.O. Box 14411<br>Des Moines, IA 50306-3411 | Wells Fargo Bank<br>P.O. Box 10347<br>Des Moines, IA 50306-0347 | Wells Fargo Card Services<br>1 Home Campus 3rd Floor<br>Des Moines, IA 50328-0001 |
| Lee M. Linson<br>Law Offices of Lee Linson<br>11901 Santa Monica Blvd., Ste 449<br>Los Angeles, CA 90025-5183 | Nancy K Curry (TR)<br>1000 Wilshire Blvd., Suite 870<br>Los Angeles, CA 90017-2466 | |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
1948.0001

**F 9013-3.1.PROOF.SERVICE**